NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES W. STANLEY, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7121

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4142, Judge William A. Moorman.

---

**ON MOTION**

---

**ORDER**

James W. Stanley, Jr. moves to file his opening brief and appendix out of time. The respondent, Eric K. Shinseki requests a 45-day extension of time, until November 19, 2012, to file his principal brief.

Upon consideration thereof,

JAMES STANLEY, JR. V. SHINSEKI                                          2

IT IS ORDERED THAT:

The motions are granted.

                                                FOR THE COURT


___OCT 0 4 2012___                              _/s/ Jan Horbaly___
        Date                                    Jan Horbaly
                                                Clerk

cc:  James W. Stanley, Jr.
     Daniel Rabinowitz, Esq.
s27